UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 16-CR-20840-HUCK/OTAZO-REYES

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALEXIS VALDES GONZALEZ,

    Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court upon Magistrate Judge Otazo-Reyes's Report and Recommendation on Change of Plea [D.E. 51], which was issued on March 2, 2017. In the Report and Recommendation, Magistrate Judge Otazo-Reyes recommends that the Defendant, Alexis Valdes Gonzalez, be found to have freely and voluntarily entered a plea of guilty to Counts 1 and 2 of the Superseding Information [D.E. 31]. Count 1 of the Superseding Information charges the Defendant with knowingly and willfully conspiring to possess with intent to distribute a controlled substance — specifically, fifty grams or more of methamphetamine — in violation of Title 21 U.S.C. Sections 841(a)(1), 841(b)(1)(A)(viii), and 846. Count 2 of the Superseding Information charges the Defendant with knowingly possessing a firearm and ammunition, in and affecting interstate commerce, in violation of Title 18 U.S.C Section 922(g)(1). Magistrate Judge Otazo-Reyes recommends that the Defendant's guilty plea be accepted, that the Defendant be adjudicated guilty of the offenses to which the plea of guilty has been entered, that a Pre-Sentence Investigation Report be ordered, and that a sentencing hearing be conducted for final disposition of this matter. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, but none were filed. Accordingly, having reviewed the record *de novo*, it is hereby

**ORDERED AND ADJUDGED** that Magistrate Judge Otazo-Reyes's Report and Recommendation on Change of Plea [D.E. 51] is adopted and approved in its entirety. The Defendant's guilty plea is accepted, and the Defendant is adjudged guilty of knowingly and willfully conspiring to possess with intent to distribute a controlled substance, in violation of

Title 21 U.S.C. Sections 841(a)(1), 841(b)(1)(A)(viii), and 846; and of knowingly possessing a firearm and ammunition, in and affecting interstate commerce, in violation of Title 18 U.S.C. Section 922(g)(1). A sentencing hearing will be held before the Honorable Paul C. Huck, at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Ave., 13th Floor, Courtroom 13-2, Miami, Florida, on **Tuesday, June 6, 2017, at 9:00 A.M.**

**DONE AND ORDERED** in Chambers in Miami, Florida this ___ day of March, 2017.

PAUL C. HUCK
U.S. DISTRICT COURT JUDGE

Copies Furnished To:

All Counsel of Record